■ Eric Davis et al., Plaintiffs, v Martin Brunswick et al., Appellants, and Tom Howard Construction, Inc., Respondent. (Appeal No. 2.) [858 NYS2d 622]—Appeal from an order of the Supreme Court, Wyoming County (Michael F. Griffith, A.J.), entered May 31, 2007 in a personal injury action. The order denied the motion of defendants Martin Brunswick and Marcelline Brunswick for leave to renew that part of their cross motion seeking indemnification.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Davis v Brunswick* (52 AD3d 1231 [2008]). Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.